# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

1

2    BENJAMIN RODRIGUEZ-VAZQUEZ, et al.,

3        Plaintiffs

4
        v.                                    CIVIL NO. 97-2509(SEC)
5
     HOSPITAL HERMANOS MELENDEZ, INC., et al.,

6
        Defendants
7

8

9                        **ORDER**

10

11        **The Motion for Summary Judgment is DENIED (D.E. #24), a written opinion is to

12    follow.**

13        **The FINAL PRETRIAL CONFERENCE is hereby set for Wednesday, November 17,

14    1999 at 9:30 a.m.**

15        **Trial date to be set at the conference.**

16    **IT IS SO ORDERED.**

17
     **San Juan, Puerto Rico, September 3, 1999.**
18

19

20                                    J. ANTONIO CASTELLANOS
                                      UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

