## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



BENJAMIN RODRIGUEZ-VAZQUEZ and
ANGELICA RIVERA-SANDOVAL and the
conyugal partnership integrated by both,

    Plaintiffs

    v.                            Civil No. 97-2509(SEC)

HOSPITAL HERMANOS MELENDEZ, INC.

    Defendant

RECEIVED & FILED
1999 SEP 23 AM 7:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

### DESCRIPTION OF MOTION

| Date Filed: 09-13-99 | Docket No. 38 | Title: |
|---|---|---|
| [X] Plaintiffs | [ ] Defendant(s) | Motion Withdrawing Claim Without Prejudice |

### ORDER

[ X ] is GRANTED.       Order:

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.



September 22, 1999
Date

J. Antonio Castellanos