IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN RODRIGUEZ-VAZQUEZ, et al.,

Plaintiffs

v.                                          CIVIL NO. 97-2509(SEC-JAC)

HOSPITAL HERMANOS MELENDEZ, INC., et al.,

Defendants

## ORDER

Pending motion *in limine* is to be considered during the Settlement Conference that is to be held on October 21, 1999 at 11:00 a.m.

The parties are to be notified by telephone and mail.

IT IS SO ORDERED.

San Juan, Puerto Rico, October 15, 1999.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

Parties notified
by phone /0