IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN RODRIGUEZ-VAZQUEZ, et al.,

    Plaintiffs

v.                                             CIVIL NO. 97-2509(SEC-JAC)

HOSPITAL HERMANOS MELENDEZ, INC., et al.,

    Defendants

## ORDER

The Settlement Conference set for October 21, 1999 at 11:00 a.m. was not held due to Hurricane José's warning over Puerto Rico. This conference is herein rescheduled for THURSDAY, OCTOBER 28, 1999 at 2:30 p.m.

The parties are to be notified by telephone and mail.

IT IS SO ORDERED.

San Juan, Puerto Rico, October 22, 1999.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)