UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

## MINUTES

DATE: October 27, 1999

HONORABLE MAGISTRATE JUDGE J. A. CASTELLANOS

CIVIL NO: 97-2509(SEC-JAC)

===============================================================

**BENJAMIN RODRIGUEZ-VAZQUEZ, et al.,**

   **Plaintiffs**

   v.

**HOSPITAL HERMANOS MELENDEZ, INC., et al.,**

   **Defendants**

===============================================================

After telephone conferences held today with Counsel Dennis Cruz-Pérez and Roberto Maldonado, the **Settlement Conference** set for October 28, 1999, and the **Final Pretrial Conference** set for November 17, 1999, are going to be held on **MONDAY, NOVEMBER 22, 1999 at 1:30 p.m.**

