IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1

2    BENJAMIN RODRIGUEZ-VAZQUEZ, et al.,

3          Plaintiffs

4          v.                                              CIVIL NO. 97-2509(SEC-JAC)

5    HOSPITAL HERMANOS MELENDEZ, INC., et al.,

6

7          Defendants

8

9                          CONFERENCE REPORT

10

11         At the Conference held on today, the parties were represented by Counsel Denis

12   Cruz and Roberto Maldonado.

13         There are some outstanding discovery that need to be concluded.  Thus, the Final

14   Pretrial Conference is hereby reset for **January 12, 2000 at 9:30 a.m.**  Trial date will

15   be set during the conference.

16

17         The possibilities of settlement at this juncture of the case are very remote.

18         In San Juan, Puerto Rico, this 22nd day of November, 1999.

19

20                                              J. ANTONIO CASTELLANOS

21                                              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

AO 72
(Rev 8/82)