# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



BENJAMIN RODRIGUEZ-VALLE, et al.,

    Plaintiff(s)

    v.    Civil No. 97-2509 (SEC-JAC)

HOSPITAL HERMANOS MELENDEZ, INC., et al.,

    Defendant(s)

RECEIVED & FILED 99 DEC -7 AM 7:21 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

## DESCRIPTION OF MOTION

Date Filed:    Docket No. 21,22,25,26, 29, 32, 35,40,41,43.    Title:

[ ] Plaintiff(s)    [ ] Defendant(s)

## ORDER

[ ] is GRANTED.

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

<u>Order</u>: By reason of the Conference held November 22, 1999, and the disposition of the pending Summary Judgment, all above motions are considered moot.



Date

J. Antonio Castellanos
U.S. Magistrate Judge