## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



BENJAMIN RODRIGUEZ-VAZQUEZ, et al.,

    Plaintiff(s)

    v.                      Civil No.  97-2509(SEC)

HOSPITAL HERMANOS MELENDEZ, INC.,

    Defendant(s)

*RECEIVED & FILED 00 JAN 13 AM 7:24 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

| DESCRIPTION OF MOTION |||
|---|---|---|
| Date Filed: 01-05-00 | Docket No. 50 | Title: |
| [x] Plaintiff(s) | [ ] Defendant(s) | **Motion Requesting Continuance of Pretrial Conference** |

## ORDER

[ X ] is GRANTED.

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

**Order:**

The Final Pretrial Conference set for January 12, 2000 is hereby **rescheduled** for **APRIL 5, 2000 at 9:00 A.M.**

All discovery is to be concluded not later than March 15, 2000. No more extension of time will be granted.



01-10-00
Date

J. Antonio Castellanos
U.S. Magistrate Judge