IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN RODRIGUEZ-VAZQUEZ, et al.,

    Plaintiffs

v.       CIVIL NO. 97-2509(SEC-JAC)

HOSPITAL HERMANOS MELENDEZ, INC., et al.,

    Defendants

## FINAL PRETRIAL CONFERENCE REPORT

At the Final Pretrial Conference held today, the parties were represented by Counsel Dennis J. Cruz-Pérez and Roberto O. Maldonado.

The parties were granted until April 7, 2000, to file a Joint Proposed Pretrial Order for approval or modification without the need of any further conference.

Trial has been scheduled for July 6, 7, and 10, 2000, starting at 8:30 a.m.

No later than three (3) working days prior to trial, the parties are to submit their respective proposed *voir dire* and jury instructions.

In San Juan, Puerto Rico, this 5th day of April of 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

s/cs:
Jury Adm.
Ch. Deputy Clerk
Opns. Mgr.
Ctrm Deputy (sec)
Ct Reporter
4/10/00
/cc

AO 72
(Rev 8/82)