IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN RODRIGUEZ-VAZQUEZ, et al.,

Plaintiffs

v.                                           CIVIL NO. 97-2509(SEC-JAC)

HOSPITAL HERMANOS MELENDEZ, INC., et al.,

Defendants

## ORDER

The Proposed Pretrial Order submitted by the parties on April 10, 2000 (D.E. #52) is hereby APPROVED.

The parties were advised during the conference held on April 5, 2000, that no more discovery will be allowed, except the outstanding one. The fact that there are some remaining discovery, cannot be used as excuse to request a continuance of a trial as scheduled.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of April, 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)