## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



BENJAMIN RODRIGUEZ-VAZQUEZ, and
ANGELICA REYES SANDOVA, et al.,

    Plaintiff(s)

    v.                                  Civil No. 97-2509(SEC)

HOSPITAL HERMANOS MELENDEZ, INC.,

    Defendant(s)

RECEIVED & FILED
00 MAY -3 AM 8:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| DESCRIPTION OF MOTION |||
|---|---|---|
| Date Filed: 04-26-00 | Docket No. 55 | Title: **Motion Requesting Leave to Clarify Name in Record** |
| [x] Plaintiff(s) | [ ] Defendant(s) | |

| ORDER |
|---|
| [X] is GRANTED.   Order: |
| [ ] is DENIED. |
| [ ] is MOOT. |
| [ ] is NOTED. |
| [ ] OTHER. |

05-01-00
Date

J. Antonio Castellanos
U.S. Magistrate Judge