IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN RODRIGUEZ-VAZQUEZ, et al.,

Plaintiffs

v.                                                         CIVIL NO. 97-2509(SEC-JAC)

HOSPITAL HERMANOS MELENDEZ, INC., et al.,

Defendants

## ORDER

The Motion for Partial Summary Judgment is DENIED (D.E. #29), a written opinion is to follow.

The **Settlement Conference** is hereby scheduled for **Wednesday, May 24, 2000 at 9:30 a.m.** The Motion Requesting Elimination of Evidence and Other Sanctions (D.E. #58) will be entertained at said conference.

The parties are to be notified by telephone, fax and/or mail.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of May of 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)