## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

1

2  BENJAMIN RODRIGUEZ-VAZQUEZ, et al.,

3          Plaintiffs

4
        v.                                    CIVIL NO. 97-2509(SEC-JAC)
5
    HOSPITAL HERMANOS MELENDEZ, INC., et al.,
6
        Defendants
7
8
9          **SETTLEMENT CONFERENCE REPORT**
10
11         At the Settlement Conference held today, the parties were represented by Counsel
12  Dennis J. Cruz-Pérez and Roberto O. Maldonado.

13         Settlement was discussed. The parties were granted until Friday, May 26, 2000,
14  to inform if the proposal made today is acceptable.

15         In addition, the parties were informed that all evidentiary issues raised by plaintiff
16  are deferred until trial.
17
         In San Juan, Puerto Rico, this 24th day of May of 2000.
18
19
20                                       J. ANTONIO CASTELLANOS
                                         UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26

AO 72
(Rev 8/82)