IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN RODRIGUEZ-VAZQUEZ, et al.,

Plaintiffs

v().                                              CIVIL NO. 97-2509(SEC-JAC)

HOSPITAL HERMANOS MELENDEZ, INC., et al.,

Defendants

## ORDER

On May 25, 2000, counsel for defendant informed that the parties have reached an agreement. Thus they are granted five (5) working days to file the settlement documents.

The Trial scheduled for July 6, 7, & 10, 2000, is hereby set aside.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of May of 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

s/cs:
Jury Admin
Ops Mgr.
Ch. Deputy Clerk
Ct Reporter
Kim Flores 5/31/00