IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN RODRIGUEZ-VAZQUEZ, et al.,

Plaintiffs

v.                                                    CIVIL NO. 97-2509(SEC-JAC)

HOSPITAL HERMANOS MELENDEZ, INC., et al.,

Defendants

## ORDER

The Private Settlement, Release and Confidentiality Agreement of June 14, 2000 (D.E. #64), is hereby approved in its entirety. The terms and conditions stipulated are incorporated and made part of this order by reference.

Judgment is to be entered.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of June, 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)