IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN RODRIGUEZ-VAZQUEZ, et al.,

Plaintiffs

v.                                  CIVIL NO. 97-2509(SEC-JAC)

HOSPITAL HERMANOS MELENDEZ, INC., et al.,

Defendants

## JUDGMENT

Having approved the Private Settlement, Release and Confidentiality Agreement of June 14, 2000 (D.E. #64), the complaint is hereby DISMISSED with prejudice and without the imposition of costs or attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of June, 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE



AO 72
(Rev 8/82)